IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

HENRY DAVID POTWIN,               §
    Petitioner,                   §
                         §
VS.                               §   CIVIL ACTION NO.4:12-CV-404-Y
                         §
REBECCA TAMEZ, Warden,            §
FCI-Fort Worth,                   §
    Respondent.                   §

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

    In this action brought by petitioner Henry David Potwin under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1.    The pleadings and record;

2.    The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on September 24, 2012; and

3.    The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on October 5, 2012.

    The Court, after **de novo** review, concludes that the Petitioner's objections must be overruled, and the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be denied, for the reasons stated in the magistrate judge's findings and conclusions.

    Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

    Henry David Potwin's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DENIED.

    SIGNED November 2, 2012.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE